FILED
JUL - 9 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| JULIO GONZALES, | § § | |
| Plaintiff | § § | NO. P-01-CA-011 |
| v. | § § | |
| WEST TEXAS NARCOTICS ENFORCEMENT TASK FORCE, DANNY BURCH and GILBERT SPENCER, | § § § § § | |
| Defendants. | § | |

## ORDER ON
## MOTION TO ALLOW THE ECTOR COUNTY ATTORNEY
## AND ANY OF HER ASSISTANTS
## TO WITHDRAW AS ATTORNEY OF RECORD FOR
## WEST TEXAS NARCOTICS ENFORCEMENT TASK FORCE
## AND GILBERT SPENCER

On this day the court considered the Motion To Allow the Ector County Attorney And Any Of Her Assistants To Withdraw As Attorney of Record For West Texas Narcotics Enforcement Task Force And Gilbert Spencer filed by Tracey Bright, Ector County Attorney.

The Court is of the opinion that the motion is well taken.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Tracey Bright, Ector County Attorney, and any of her past or present assistants is allowed to withdraw as counsel for the West Texas Narcotics Enforcement Task Force and Gilbert Spencer.

Signed on this, the 6th day of July, 2001.

_____
JUDGE PRESIDING

6